**Johnny Lee SANDERS, Jr., Appellant,**

v.

**Cole JETER, Warden, FCI— Forrest City, Appellee.**

No. 04–1701.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 22, 2004.

Decided Oct. 25, 2004.

Johnny Lee Sanders, Jr., Forrest City, AR, pro se.

E. Fletcher Jackson, Little Rock, AR, for Respondent–Appellee.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Johnny Lee Sanders, Jr., appeals the district court's * order dis-

* The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable

missing Sanders's 28 U.S.C. § 2241 petition. Having carefully reviewed the record, we agree with the district court that Sanders's due process rights were not violated. *See Moody v. Daggett,* 429 U.S. 78, 86–89, 97 S.Ct. 274, 50 L.Ed.2d 236 (1976).

We affirm the judgment of the district court. *See* 8th Cir. R. 47B.

John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.